

FILED IN CLERK'S OFFICE

FEB 18 2003

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, Individually and as Co-Administrators of the Estate of COREY WARD, Deceased, | ) ) ) ) | CIVIL ACTION FILE |
| Plaintiffs, | ) ) | NO. 1:03-CV-0087-CAP |
| vs. | ) ) ) | |
| RAYMOND S. BUNN, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; TERRY L. MULKEY, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; RICHARD PENNINGTON, Individually and in his Official Capacity as Chief of Police of the City of Atlanta Police Department; CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and JOHN DOES, Nos. 1 through 3, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION OF DEFENDANT RAYMOND S. BUNN,

## INDIVIDUALLY TO STAY PROCEEDINGS

Defendant RAYMOND S. BUNN, in his individual capacity, through

undersigned counsel, hereby moves this court for an order staying all

1

5

proceedings in the above-action on the following grounds:

1.

Movant is a "person in the military service" as such term is defined in the Soldiers' and Sailors' Civil Relief Act of 1940 (Act Oct. 17, 1940, C. 888, 54 Stat. 1178) 50 App. U.S.C.A. §501, *et seq.*

2.

Movant has been ordered into active military service as of February 7, 2003, pursuant to the written orders of his Adjutant General, a partially redacted copy of which is attached hereto as Exhibit 1, and made a part of this motion.

3.

Movant informs his counsel that he will be leaving for Ft. Stewart, Georgia, next week, and expects to be sent overseas to the expected Iraqi conflict shortly thereafter.

4.

For these reasons he will not be able to effectively defend the action against him, prosecute his counterclaim therein, provide evidence to assist co-defendants, nor otherwise participate in the case, until his return.

5.

For the foregoing reasons, Movant will be unable to assist his counsel in

participating in discovery and otherwise protecting his interests in the above

action, unless this motion is granted.

6.

Movant offers the accompanying Memorandum of Law in support of this

motion, as well as the attached Exhibit setting forth his activation orders.

Respectfully submitted,

_____
DONALD C. ENGLISH
Attorney for Raymond S. Bunn
In his Individual Capacity
Georgia Bar No. 248875

Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391
Fax: (770) 389-3829

Consented to by co-defendants:

_____
(signed with permission)
Karen E. Woodward, Esq.
Sr. Assistant City Attorney
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia 30303-3520

3

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, Individually and as Co-Administrators of the Estate of COREY WARD, Deceased, | ) ) ) ) | CIVIL ACTION FILE |
| Plaintiffs, | ) ) ) | NO. 1:03-CV-0087-CAP |
| vs. | ) ) ) | |
| RAYMOND S. BUNN, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; TERRY L. MULKEY, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; RICHARD PENNINGTON, Individually and in his Official Capacity as Chief of Police of the City of Atlanta Police Department; CITY OF ATLANTA, a Municipal Corporation of the State of Georgia;and JOHN DOES, Nos. 1 through 3, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **MOTION OF DEFENDANT RAYMOND S. BUNN, INDIVIDUALLY TO STAY PROCEEDINGS** on counsel for the Plaintiffs

4

by depositing the same in the United States mail, with adequate postage affixed

thereto, addressed to their attorneys of record:

Hezekiah Sistrunk, Jr., Esq.
Cochran, Cherry, Givens, Smith & Sistrunk, P.C.
127 Peachtree Street, N.W.
Suite 800
Atlanta, Georgia 30303

and to co-defendants City of Atlanta, et al., by depositing the same in the

United States mail, with adequate postage affixed thereto, addressed to their

attorneys of record:

Karen E. Woodward, Esq.
Sr. Assistant City Attorney
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia 30335-0332

This ___4th___ day of February, 2003.

Respectfully submitted,

_____
DONALD C. ENGLISH
Attorney for Raymond S. Bunn
In his Individual Capacity
Georgia Bar No. 248875

Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

FEB 18 7:3

| | |
|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, Individually and as Co-Administrators of the Estate of COREY WARD, Deceased, | ) ) ) ) ) |
| | ) CIVIL ACTION FILE |
| Plaintiffs, | ) NO. 1:03-CV-0087-CAP |
| vs. | ) ) |
| RAYMOND S. BUNN, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; TERRY L. MULKEY, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; RICHARD PENNINGTON, Individually and in his Official Capacity as Chief of Police of the City of Atlanta Police Department; CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and JOHN DOES, Nos. 1. through 3, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION OF

## DEFENDANT RAYMOND S. BUNN, INDIVIDUALLY

## TO STAY PROCEEDINGS

Defendant RAYMOND S. BUNN, through undersigned counsel, and in

1

5

support of his Motion to Stay Proceedings in the above action, submits the following Memorandum of Law in support of said Motion:

## I. FACTUAL SUMMARY

On December 11, 2002, the above action was filed against the defendants in the State Court of Fulton County. Shortly thereafter, by agreement among all defendants, the action was removed to this court pursuant to 28 U.S.C. §1441. Defendant Raymond S. Bunn is represented in his individual capacity by the undersigned counsel who filed his answer and counterclaim on February 7, 2003. The remaining defendants are represented by the City of Atlanta Law Department, and all consent to this motion.

The Plaintiffs' action accuses Defendant Bunn, an Atlanta police officer, *inter alia*, of civil rights violations enforceable by 42 U.S.C. §1983, and the pendant state law tort of wrongful death. Defendant Bunn's personal presence is necessary and critical in order to protect his rights and to assist his attorney

2

and co-defendants in the civil discovery process.

Movant states to the court that he has been called up from reserve status

into active duty effective February 7, 2003, expects to be sent to the Middle East

very soon, and thus brings this motion in a timely manner.

## II. ARGUMENT AND CITATIONS OF AUTHORITY

The Soldiers' and Sailors' Civil Relief Act of 1940 (Act Oct. 17, 1940,

C.888, 54 Stat. 1178) 50 App. U.S.C.A.§501, *et seq.* provides:

> At any stage thereof any action or proceeding in any
> court in which a person in military service is involved,
> either as plaintiff or defendant, during the period of
> such service or within sixty days thereafter .... shall, on
> application to it by such person or some person on his
> behalf, be stayed as provided in this Act, ... unless, in
> the opinion of the court, the ability of plaintiff to
> prosecute the action .... is not materially affected by
> reason of his military service.

§521. Comer v. City of Palm Bay, Fla., 265 F. 3d 1186 (11th Cir. 2001).

This section makes mandatory the staying of a court proceeding, when

application is made on behalf of one in military service, unless in the opinion of

3

the court, the ability of a defendant to conduct defense is not materially affected

by reason of his military service. In re Adoption of a Minor, 136 F. 2d 790 (78

U.S. App. D.C. 48 (DC Cir. 1943).

Plaintiffs' allegations stem from the death of their son. Officer Bunn who

fired his service weapon at plaintiffs' decedent, is not only a defendant, but an

eye witness to all pertinent events. Bunn's absence from the discovery process

and inability to effectively communicate would prejudice not only him, but also

his co-defendants who must rely upon evidence supplied by him.

Although this motion addresses itself to the court's sound discretion (see

Comer, *supra.* at 1191), two considerations which courts have consistently

observed in deciding Motions to Stay under the Act, include whether or not the

service person is stationed overseas or could easily arrange for furlough in order

to participate in the case, Antioch V. Scrapbook Borders, Inc., 210 F.R.D. 645

(2002), and whether the service person has exercised diligence or good faith in

pursuing alternatives other than a stay of the case. See Boone v.

4

Lightner, 319 U.S. 561, 570-73 (1943).

Both of these factors should weigh heavily in Officer Bunn's favor: he was activated days ago and expects to be sent overseas very soon, and he has not been dilatory in bringing this motion. Also, discovery has not yet commenced.

The Soldiers' and Sailors' Civil Relief Act of 1940 is always to be liberally construed to protect those who have been obliged to drop their own affairs to take up burdens of the nation. Boone v. Lightner, *supra* at 574, 63 S.C. 1231.

### III. CONCLUSION

Movant submits to the court that he has applied for this relief in good faith and in a timely manner, and his absence during the present conflict is not voluntary.

For all the foregoing reasons, Defendant Bunn's motion should be granted.

Pursuant to LR 7.1(D), ND Ga., undersigned counsel hereby certifies that this brief has been prepared with Times New Roman font in 15 point.

5

Respectfully submitted,

_DONALD C. ENGLISH_
DONALD C. ENGLISH
Attorney for Raymond S. Bunn
In his Individual Capacity
Georgia Bar No. 248875

Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391

Consented to by co-defendants:

_Karen E. Woodward, by DCE_
(signed with permission)
Karen E. Woodward, Esq.
Sr. Assistant City Attorney
68 Mitchell Street, S.W.
City Hall Tower
Suite 4100
Atlanta, Georgia 30303-3520

6

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOHN ARNOLD and MONESIA           )
YOUNGBLOOD, Individually and as    )
Co-Administrators of the Estate of COREY  )
WARD, Deceased,                    )      CIVIL ACTION FILE
                                   )
    Plaintiffs,                )      NO. 1:03-CV-0087-CAP
                                   )
vs.                                )
                                   )
RAYMOND S. BUNN, Individually and in  )
his Official Capacity as a Police Officer of the  )
City of Atlanta Police Department; TERRY  )
L. MULKEY, Individually and in his Official  )
Capacity as a Police Officer of the City of  )
Atlanta Police Department; RICHARD  )
PENNINGTON, Individually and in his  )
Official Capacity as Chief of Police of the City  )
of Atlanta Police Department; CITY OF  )
ATLANTA, a Municipal Corporation of the  )
State of Georgia; and JOHN DOES, Nos. 1  )
through 3,                         )
                                   )
    Defendants.                )

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and

7

foregoing **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF**

**DEFENDANT  RAYMOND  S.  BUNN,  INDIVIDUALLY  TO  STAY**

**PROCEEDINGS** on counsel for the Plaintiffs by depositing the same in the

United States mail, with adequate postage affixed thereto, addressed to their

attorneys of record:

> Hezekiah Sistrunk, Jr., Esq.
> Cochran, Cherry, Givens, Smith & Sistrunk, P.C.
> 127 Peachtree Street, N.W.
> Suite 800
> Atlanta, Georgia 30303

and to co-defendants City of Atlanta, et al., by depositing the same in the

United States mail, with adequate postage affixed thereto, addressed to their

attorneys of record:

> Karen E. Woodward, Esq.
> Sr. Assistant City Attorney
> 68 Mitchell Street, S.W.
> Suite 4100
> Atlanta, Georgia 30335-0332

8

This _/4th_ day of February, 2003.

Respectfully submitted,

_Donald C. English_

DONALD C. ENGLISH
Attorney for Raymond S. Bunn
In his Individual Capacity
Georgia Bar No. 248875


Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391

9