# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JOHN ARNOLD and MONESIA )
YOUNGBLOOD, Individually and as )
Co-Administrators of the Estate of COREY )
WARD, Deceased, ) CIVIL ACTION FILE
)
    Plaintiffs, ) NO. 1:03-CV-0087-CAP
)
vs. )
)
RAYMOND S. BUNN, Individually and in )
his Official Capacity as a Police Officer of the )
City of Atlanta Police Department; TERRY )
L. MULKEY, Individually and in his Official )
Capacity as a Police Officer of the City of )
Atlanta Police Department; RICHARD )
PENNINGTON, Individually and in his )
Official Capacity as Chief of Police of the City )
of Atlanta Police Department; CITY OF )
ATLANTA, a Municipal Corporation of the )
State of Georgia; and JOHN DOES, Nos. 1 )
through 3, )
)
    Defendants. )

## DEFENDANT BUNN'S MOTION TO

## EXTEND STAY OF PROCEEDINGS

Defendant RAYMOND S. BUNN, in his individual capacity, and through his undersigned counsel, hereby moves the court for an order extending its

1

previous order of March 28, 2003, staying proceedings in the above action, and pursuant to the applicable provisions of the Soldiers' and Sailors' Relief Act of 1940, shows as follows:

1.

The court granted Officer Bunn's previous motion staying the proceedings until Officer Bunn was released from active military duty, or until the expiration of six months from the court's order of March 28, 2003.

2.

Although the court's stay expired by its own terms on September 28, 2003, undersigned counsel for Officer Bunn in his individual capacity notified the court and the other parties of his updated status by letter dated August 27, 2003.

3.

Officer Bunn remains on active duty in the United States Army although presently stationed in Fort Stewart, Georgia on "medical hold" pending knee surgery.

4.

This surgery has been rescheduled for approximately six weeks (sometime

in mid November), to be followed by a convalescent period of approximately three months, rehabilitation of one month, and thereafter Officer Bunn expects to be released from active duty.

5.

Officer Bunn therefore moves the court to extend its previous order until March 31, 2004, unless he is released earlier than expected.

Respectfully submitted,

_____
DONALD C. ENGLISH
Attorney for Raymond S. Bunn
In his Individual Capacity
Georgia Bar No. 248875

Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391
Fax: (770) 389-3829

Consented to by co-defendants:

_Karen E. Woodward, by DCE_
(signed with permission)
Karen E. Woodward, Esq.
Sr. Assistant City Attorney
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia 30303-3520

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **DEFENDANT BUNN'S MOTION TO EXTEND STAY OF PROCEEDINGS** on counsel for the Plaintiffs by depositing the same in the United States mail, with adequate postage affixed thereto, addressed to their attorneys of record:

> Hezekiah Sistrunk, Jr., Esq.
> Cochran, Cherry, Givens, Smith & Sistrunk, P.C.
> 127 Peachtree Street, N.W.
> Suite 800
> Atlanta, Georgia 30303

and to co-defendants City of Atlanta, et al., by depositing the same in the United States mail, with adequate postage affixed thereto, addressed to their attorneys of record:

> Karen E. Woodward, Esq.
> Sr. Assistant City Attorney
> 68 Mitchell Street, S.W.
> Suite 4100
> Atlanta, Georgia 30335-0332

This **17th** day of October, 2003.

Respectfully submitted,

*Donald C. English*

DONALD C. ENGLISH
Attorney for Raymond S. Bunn
In his Individual Capacity
Georgia Bar No. 248875

Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, Individually and as Co-Administrators of the Estate of COREY WARD, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>RAYMOND S. BUNN, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; TERRY L. MULKEY, Individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; RICHARD PENNINGTON, Individually and in his Official Capacity as Chief of Police of the City of Atlanta Police Department; CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and JOHN DOES, Nos. 1 through 3,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:03-CV-0087-CAP |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT

## BUNN'S MOTION TO EXTEND STAY OF PROCEEDINGS

Defendant RAYMOND S. BUNN, through undersigned counsel, and in

1

support of his Motion to Extend Stay of Proceedings in the above action, submits the following Memorandum of Law.

## I. FACTUAL SUMMARY

Officer Raymond S. Bunn moves the Court for an order extending its previous stay of proceedings pursuant to the Solders' and Sailors' Relief Act of 1940 (Act Oct. 17, 1940, C. 888, 54 Stat. 1178) 50 App. U.S.C.A. §501, *et. seq.*, and states to the court that he remains a "person in military service" as such term is defined in said Act.

Officer Bunn, as a military reservist, was ordered into active duty on February 7, 2003 and served this nation in its war in Iraq. Although remaining on active duty, he awaits knee surgery at Winn Army Hospital due to the aggravation of a knee injury. This surgery has been rescheduled once (through no fault of Officer Bunn) and is now expected to take place in mid November 2003.

## II. ARGUMENT AND CITATIONS OF AUTHORITY

The Soldiers' and Sailors' Civil Relief Act of 1940 (Act Oct. 17, 1940,

C.888, 54 Stat. 1178) 50 App. U.S.C.A.§501, *et seq.* provides:

> At any stage thereof any action or proceeding in any court in which a person in military service is involved, either as plaintiff or defendant, during the period of such service or within sixty days thereafter .... shall, on application to it by such person or some person on his behalf, be stayed as provided in this Act, ... unless, in the opinion of the court, the ability of plaintiff to prosecute the action .... is not materially affected by reason of his military service.

§521. Comer v. City of Palm Bay, Fla., 265 F. 3d 1186 (11th Cir. 2001). This section makes mandatory the staying of a court proceeding, when application is made on behalf of one in military service, unless in the opinion of the court, the ability of a defendant to conduct defense is not materially affected by reason of his military service. In re Adoption of a Minor, 136 F. 2d 790 (78 U.S. App. D.C. 48 (DC Cir. 1943).

## III. CONCLUSION

Although this motion addresses itself to the court's sound discretion, the court should extend its stay of these proceedings until Officer Bunn is released from active duty, so that he may fully participate in the discovery process.

Respectfully submitted,

*/s/ Donald C. English*
DONALD C. ENGLISH
Attorney for Raymond S. Bunn
In his Individual Capacity
Georgia Bar No. 248875

Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391

Consented to by co-defendants:

*Karen E. Woodward, by DCE*
(signed with permission)
Karen E. Woodward, Esq.
Sr. Assistant City Attorney
68 Mitchell Street, S.W.
City Hall Tower
Suite 4100
Atlanta, Georgia 30303-3520

4

## STATEMENT OF TYPE SIZE

Pursuant to LR 7.1(D), ND Ga., undersigned counsel hereby certifies that this brief has been prepared with Times New Roman font in 15 point.

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT BUNN'S MOTION TO EXTEND PROCEEDINGS** on counsel for the Plaintiffs by depositing the same in the United States mail, with adequate postage affixed thereto, addressed to their attorneys of record:

Hezekiah Sistrunk, Jr., Esq.
Cochran, Cherry, Givens, Smith & Sistrunk, P.C.
127 Peachtree Street, N.W.
Suite 800
Atlanta, Georgia 30303

and to co-defendants City of Atlanta, et al., by depositing the same in the United States mail, with adequate postage affixed thereto, addressed to their attorneys of record:

Karen E. Woodward, Esq.
Sr. Assistant City Attorney
68 Mitchell Street, S.W.
Suite 4100
Atlanta, Georgia 30335-0332

6

This /7+h day of October, 2003.

                                Respectfully submitted,

                                _____
                                DONALD C. ENGLISH
                                Attorney for Raymond S. Bunn
                                In his Individual Capacity
                                Georgia Bar No. 248875

Southern States P.B.A., Inc.
1900 Brannan Road
McDonough, GA 30253-4310
(770) 389-5391

7