**ORIGINAL**

IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, Individually and as Co-Administrator of the Estate of COREY WARD, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>RAYMOND S. BUNN, individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; TERRY L. MULKEY, individually and in his official capacity as a Police Officer of the City of Atlanta Police Department; RICHARD PENNINGTON, Individually and in his Official Capacity as Chief of Police of the City of Atlanta Police Department; CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and JOHN DOES, Nos. 1 through 3,<br><br>Defendants. | CIVIL ACTION NO:<br>1:03-CV-0087-CAP |

## PLAINTIFFS' RESPONSE TO DEFENDANT BUNN'S MOTION TO EXTEND STAY OF PROCEEDINGS

Plaintiffs John Arnold and Monesia Youngblood in their individual capacities and as administrators of the Estate of Corey Ward, deceased, hereby file this response to Defendant Bunn's Motion to Extend Stay of Proceedings. Plaintiffs have no specific objection to Defendants' Motion to

Extend Stay, but request the Court to immediately remove the stay when Officer Bunn is taken off of "medical hold" and able to participate in the defense of this civil action. In light of his upcoming surgery in November, Plaintiffs suspect that Defendant Bunn should be able to actively participate in this civil action in late January or early February. (See ¶¶ 4,5 Defendant Bunn's Motion to Extend Stay of Proceedings). Thus, Plaintiffs formally request the Court for a status conference in February of 2004 to discuss the availability of Defendant Officer Bunn in this civil action.

This 4th day of November, 2003.

Respectfully submitted,

*[signature]*

Hezekiah Sistrunk, Jr., Esq.
Georgia State Bar No.: 649413
Shean D. Williams, Esq.
Georgia State Bar No.: 764139
Audrey M. Tolson, Esq.
Georgia State Bar No.: 714321

Attorney for Plaintiffs

COCHRAN, CHERRY, GIVENS,
SMITH & SISTRUNK, P.C.
The Candler Building
127 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30303
404-222-9922

## IN THE UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, Individually and as Co-Administrator of the Estate of COREY WARD, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>RAYMOND S. BUNN, individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; TERRY L. MULKEY, individually and in his official capacity as a Police Officer of the City of Atlanta Police Department; RICHARD PENNINGTON, Individually and in his Official Capacity as Chief of Police of the City of Atlanta Police Department; CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and JOHN DOES, Nos. 1 through 3,<br><br>Defendants. | CIVIL ACTION NO:<br>1:03-CV-0087-CAP |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1(D), ND Ga., I hereby certify that the above pleading was typed in Times New Roman 14 font.

This 4th day of November, 2003.

                                                Respectfully submitted,

                                                /s/ Shean Williams

                                                Shean D. Williams, Esq.
                                                Georgia State Bar No.: 764139

                                                Attorney for Plaintiffs

COCHRAN, CHERRY, GIVENS,
SMITH & SISTRUNK, P.C.
The Candler Building
127 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30303
404-222-9922

# IN THE UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOHN ARNOLD and MONESIA           :
YOUNGBLOOD, Individually and as   :
Co-Administrator of the Estate of :
COREY WARD, Deceased              :
                                  :
            Plaintiffs,           :      CIVIL ACTION NO:
                                  :      1:03-CV-0087-CAP
vs.                               :
                                  :
RAYMOND S. BUNN, individually and :
in his Official Capacity as a Police Officer :
of the City of Atlanta Police Department; :
TERRY L. MULKEY, individually and in :
his official capacity as a Police Officer of :
the City of Atlanta Police Department; :
RICHARD PENNINGTON,               :
Individually and in his Official Capacity as :
Chief of Police of the City of Atlanta Police :
Department; CITY OF ATLANTA, a    :
Municipal Corporation of the State of :
Georgia; and JOHN DOES,           :
Nos. 1 through 3,                 :
                                  :
            Defendants.           :
_____:

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing upon all parties to this matter **Plaintiffs' Response to Defendant Bunn's Motion to Extend Stay Proceedings,** by depositing a copy of same

in the United States Mail, in properly addressed envelopes with adequate postage affixed thereon to:

| | |
|---|---|
| Donald C. English, Esq.<br>Southern States P.B.A., Inc.<br>1900 Brannan Road<br>McDonough, GA  30253-4310 | Karen E. Woodward, Esq.<br>Sr. Assistant City Attorney<br>68 Mitchell Street, S.W.<br>Suite 4100<br>Atlanta, Georgia 30335-0332 |

This 4th day of November, 2003.

Respectfully submitted,

*Shean Williams*

Shean D. Williams, Esq.
Georgia State Bar No.: 764139

Attorney for Plaintiffs

COCHRAN, CHERRY, GIVENS,
SMITH & SISTRUNK, P.C.
The Candler Building
127 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30303
404-222-9922