# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

April 5, 2013

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

      U.S.D.C. No.: 1:03-cv-87-CAP
      U.S.C.A. No.: 00-00000-00
      In re:     *john Arnold, et al v. Raymond S. Bunn*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.** |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| ___ | There is no transcript. |
| **X** | **The court reporter is Martha J. Frutcey.** |
| **X** | **There is sealed material as described below: SEALED Exhibits.** |
| ___ | Other: . |
| **X** | **Fee paid electronically on 4/4/13.  (Receipt# 113E-4503534).** |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Charles A. Pannell, Jr.** |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:   /s/ P. McClam
       Deputy Clerk

Enclosures