# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, Individually and as Co-Administrator of the Estate of COREY WARD, Deceased | |
| Plaintiffs, | CIVIL ACTION NO: 1:03-CV-0087-CAP |
| vs. | |
| RAYMOND S. BUNN, individually and in his Official Capacity as a Police Officer of the City of Atlanta Police Department; TERRY L. MULKEY, individually and in his official capacity as a Police Officer of the City of Atlanta Police Department; RICHARD PENNINGTON, Individually and in his Official Capacity as Chief of Police of the City of Atlanta Police Department; CITY OF ATLANTA, a Municipal Corporation of the State of Georgia; and JOHN DOES, Nos. 1 through 3, | |

## CITY OF ATLANTA'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant City of Atlanta appeals to the United States Court of Appeals for the Eleventh Circuit the March 29, 2013 Order

entered by the District Court denying summary judgment on the issue of qualified immunity to the Defendant Bunn.[1]

Respectfully submitted, this 8th day of April, 2013.

        //s// *Tamara N. Baines*
**ROBERT N. GODFREY**
Chief Counsel
Georgia Bar No. 298550
**TAMARA N. BAINES**
Sr. Assistant City Attorney
Georgia Bar No. 032460
**LASHAWN W. TERRY**
Sr. Assistant City Attorney
Georgia Bar No. 702578

City of Atlanta Law Department
City Hall Tower, Suite 4100
68 Mitchell Street, SW
Atlanta, GA 30303
(404) 330-6947 (telephone)
(404) 546-8366 (facsimile)
tbaines@atlantaga.gov

---

[1] Doc. No. 156.

2

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JOHN ARNOLD,** *et al* ) | |
| *Plaintiffs* ) | |
| ) | |
| v. ) | **CIVIL ACTION FILE** |
| ) | |
| ) | **NO. 1:03-CV-0087-CAP** |
| **RAYMOND S. BUNN,** *et al* ) | |
| *Defendants* ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, I electronically filed a copy of the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

//s// *Tamara N. Baines*
**TAMARA N. BAINES**
Sr. Assistant City Attorney
Georgia Bar No. 032460

3