UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN ARNOLD and MONESIA YOUNGBLOOD, individually and as co-administrators of the estate of COREY WARD, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAYMOND S. BUNN, individually and in his official capacity as a police officer of the City of Atlanta Police Department; THE CITY OF ATLANTA; et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:03-CV-0087-CAP |

### O R D E R

This matter is before the court on Defendant City of Atlanta's ("the City") motion for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) [Doc. No. 160]. Section 1292(b) provides that a district court's order not normally directly appealable may be certified for interlocutory appeal if the "order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." This court finds no substantial ground for a difference of opinion on a controlling question of law in its order denying the City's motion for summary judgment.

2

Accordingly, the City's motion for interlocutory appeal [Doc. No. 160] is DENIED.

**SO ORDERED** this 17th day of April, 2013.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge